No. 74–5231.  HAWKINS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5238.  MACKIN, AKA NELSON, ET AL. *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 74–5243.  JORDAN ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 74–5249.  ELLIS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–5253.  POSTON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5258.  WAGONER *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 74–5261.  COLLINS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5265.  DOUGLAS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–5273.  HILL ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5275.  VASQUEZ-CASILLAZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–5282.  SANGUANDIKUL *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 74–5284.  DAVIS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 74–5290.  BRIERLY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.